

**ORDERED in the Southern District of Florida on June 07, 2011.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**Abilio Miguel Morell**

    Debtor(s).                          CASE NO. 11-18765-AJC
                                                   CHAPTER   13

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM CO-DEBTOR STAY**
**(DOCKET NO. 17)**

This case came before the Court for hearing on <u>May 24, 2011 at 9:00 a.m.</u> upon the Motion for Relief from Co-Debtor Stay filed by CHASE HOME FINANCE LLC ("Movant"). Based on the record, the Court finds it appropriate to grant the requested relief.   Therefore, it is,

    ORDERED as follows:

    1.    The Motion for Relief from Co-Debtor Stay filed by Movant, is granted.

    2.    The automatic Co-Debtor stay imposed by 11 U.S.C. Section 1301 is lifted as to Movant and Movant may proceed with the foreclosure of its lien on the following property:

> **UNIT NO. C-410, LAS BRISAS AT COUNTRY CLUB OF MIAMI, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORD BOOK 22058, PAGE 957, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.**

      **a/k/a 7075 NW 186 Street C-410, Miami, FL   33015.**

                            ###

Submitted by:
Wayne B. Spivak
FLORIDA BAR NO. 38191
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018
Phone   (813) 251-4766
Fax   (813) 251-1541
bkatt@defaultlawfl.com

B11014960
Movant is directed to serve copies of this order on the parties listed below and file a certificate of service with the Court.

Abilio Miguel Morell
8270 NW 166 Terrace
Miami,   FL   33016

James Schwitalla, Esquire
12954 SW 133 Ct.
Miami,   FL   33186

Nancy N. Herkert, Trustee
POB 279806
Miramar,   FL   33027

CHASE HOME FINANCE LLC
3415 Vision Drive
Columbus, OH   43219

Elena A. Morell, *Co-Debtor*
8270 166th Ter
Hialeah, FL 33016

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018